FILED
**August 4, 2015**
Third Court of Appeals
Jeffrey D. Kyle
Clerk

303-15-60394-CV

Valerie Steele

✓ ~

Victor Biles

In the Third Court Of Appeals

Travis County, Texas

RECEIVED
AUG 0 4 2015
THIRD COURT OF APPEALS
JEFFREY D. KYLE

## EMERGENCY MOTION FOR REVIEW AND HEARING TO DECREASE SUPERSEDEAS BOND

Appellant Valerie Steele submits an emergency Motion to review the security (supersedeas bond) Approved by the trial Court without adequate evidence and without hearing germane testimony from Plaintiff. Plaintiff immediately pointed out to the Trial Court that she was suffering from a seizure disorder and was not in a condition to present her evidence as she normally would. This was disregarded by the trial court, and the Supersedeas Bond raised from $410.00 to $6655.00 with absolutely no supporting evidence. Appellant Steele is suffering from medical conditions that to be required to give up her home and remove her belongings, with merely twenty four hours notice, would be possibly fatal to her. She has submitted a great deal of evidence proving her indigence, yet no explanation has been given as to why the court approved a supersedeas bond of more than times her monthly rent, which is $200.00 and this amount is a matter of record, but more documentation will be filed if necessary to support her claim. Texas Appellate Law states that government assistance for the low income population is considered Prima Facie evidence of indigence, and Steele has provided evidence of her receipt of SSDI, Food Stamps, Medicaid, etc. If the supersedeas bond is reviewed the Plaintiff will immediately pay an amount which conforms to the statutes of the State of Texas, TRAP 24.3(a) and 24.4, but cannot possibly pay $6655.00, and is guaranteed 10 days by the Texas Rules of Civil Procedure to pay the bond or contest it. Steele also requests a stay of Execution of Writ of Possession until this crucial matter can be heard, as she alleges this is a discriminatory matter on the part of Travis County, as a result of a previous incident in which she was assaulted while in custody of Travis County yet the Court refused to act on the criminal assault, thus causing Steele to address the matter in the Supreme Court of the United States of America.

*\* 20 times*

Given the unusual nature of the proceedings, which requires findings of law to support the Appellee's requested Supersedeas Bond amount, and the Plaintiff's life may be dependent on the outcome, Plaintiff requests an emergency hearing on this matter immediately, and a Stay of the Judgment and order until such a hearing occurs.

*V.Ʒ*

Steele swears under oath that all of the above information is true, and will provide any and all documentation when given the opportunity.

Respectfully,

Valerie E. Steele, pro-se        512-676-0096

## Certificate of Service

Plaintiff swears a true and accurate copy of this document has been provided to Erin Mitchell, Esquire, via electronic delivery to EMMITCH81@yahoo.com.  8/4/2015